RC/121

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RE: Barry Gwynne Driver     CASE NO:    3:05-bk-22795 E

Chapter 13

## ORDER REQUIRING STRICT COMPLIANCE

COMES NOW BEFORE THE COURT, on 11/05/2009, the Trustee's Motion to Dismiss because of the Debtor's failure to make payments as required by the plan. The Court finds that the Debtor is in default under the terms of the plan and that the Trustee has agreed to withdraw his Motion conditioned upon the Debtor complying with the following:

1. The Debtor shall resume payments to the Trustee by making FULL and TIMELY plan payments to be received and credited by the last business day of the month for each month during the following period: November 2009 thru April 2010

IT IS THEREFORE ORDERED, that the Trustee's Motion is hereby withdrawn conditioned upon the Debtor complying with the above provisions. Failure of the Debtor to comply with this order will result in the Trustee's Motion being granted and the case being dismissed without further notice or hearing.

Date: 11/06/2009            /s/ Audrey R. Evans

Audrey R. Evans
U.S. Bankruptcy Judge

cc: Mark T. McCarty, Trustee

Joe C. Barrett
P O Box 4036
Jonesboro, AR 72403

Barry Gwynne Driver
117 E Surrey Trace
Marion, AR 72364