GO11-10(b)) / RC   /195

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Barry Gwynne Driver                              CASE NO:   3:05-bk-22795 E
                                                                     Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

   COMES NOW THE COURT and finds that an order was entered in the above styled case on 11/06/2009 requiring the Debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 11/06/2009.

   IT IS SO ORDERED.

Date: 12/11/2009                                      /s/  Audrey R. Evans
                                                      Audrey R. Evans
                                                      U.S. Bankruptcy Judge

cc:   Mark T. McCarty, Trustee

      Joe C. Barrett
      P O Box 4036
      Jonesboro, AR  72403

      Barry Gwynne Driver
      117 E Surrey Trace
      Marion, AR  72364

      All Creditors